

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2015

No. 04-15-00337-CR

**IN RE** Abelardo G. **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

On September 10, 2015, relator filed a second motion for extension of time in which to file a motion for rehearing. This court issued a per curiam opinion denying the mandamus petition in this proceeding as moot on August 5, 2015. Relator's first motion for extension of time was granted, extending the deadline to file a motion for rehearing to September 14, 2015. The panel has now considered relator's second motion and the motion is DENIED.

It is so **ORDERED** on September 18, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2008CRR000657 D1, 2008CRR000662 D1, 2008CRR000665 D1, styled *The State of Texas v. Abelardo Gerardo Gonzalez*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.